UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00252(1)-ADA |
| | § | |
| (1) APRIL MARIE AKIN | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On February 25, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) APRIL MARIE AKIN, which alleged that Akin violated a condition of her supervised release and recommended that Akin's supervised release be revoked (Clerk's Document No. 3). A warrant issued and Akin was arrested. On March 7, 2025, Akin appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Akin appeared before the magistrate judge on March 18, 2025, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 19, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Akin, the magistrate judge recommends that this court continue Akin supervised release. The magistrate judge

recommends the additional following special conditions: The defendant shall participate in a program of testing for alcohol abuse, as instructed by the probation officer, which shall include the use of a remote alcohol testing system for the remaining term of her supervised release. The defendant shall abide by a curfew restriction schedule for alcohol testing as instructed by the probation officer. The defendant shall pay for the costs of the program (Clerk's Document No. 17).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 18, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 16). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 17 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) APRIL MARIE AKIN's term of supervised release is hereby CONTINUED. In addition, defendant Akin shall comply with the following special conditions:

The defendant shall participate in a program of testing for alcohol abuse, as instructed by the probation officer, which shall include the use of a remote alcohol testing system for the remaining term of her supervised release. The defendant shall abide by a curfew restriction schedule for alcohol testing as instructed by the probation officer. The defendant shall pay for the costs of the program.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 21st day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE